```
          FILED
    U.S. DISTRICT COURT
    DISTRICT OF MARYLAND
                          IN THE UNITED STATES DISTRICT COURT FOR THE
    2002 DEC -3  P 4: 17       DISTRICT OF MARYLAND
                                    NORTHERN DIVISION
       CLERK'S OFFICE
PEDRO PONCEANO            )
     AT BALTIMORE         )
         _____DEPUTY     )
                Plaintiff,)
                          )
     v.                   )    Civil No. MJG-02-2727
                          )
INTERNAL REVENUE SERVICE  )
                          )
                Defendant.)
```

### ORDER

This matter comes before the Court on defendant's unopposed motion for an enlargement of time in which to answer. Having reviewed the motion and the entire record of this case, the Court GRANTS the motion. Accordingly, the Court ORDERS that the Internal Revenue Service must serve its answer, other responsive pleading, or motion on or before January 7, 2003.

So ordered this _2nd_ day of _December_, 2002.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Pedro Ponceano                    Jennifer L. Vozne
Plaintiff, *Pro se*               Trial Attorney, Tax Division
1740 Eastern Avenue               U.S. Department of Justice
Baltimore, Maryland 21231         Post Office Box 227
                                  Ben Franklin Station
                                  Washington, DC 20044