FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 30  P 3:30

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| PEDRO PONCEANO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. MJG-02-2727 |
| ) | |
| INTERNAL REVENUE SERVICE ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered the defendant's motion for enlargement of time in which to answer, move, or otherwise plead, together with the memorandum in support thereof, *and the absence of any opposition*, the Court concludes that the motion ought to be granted. Accordingly, it is this _29th_ day of _January_, 2003, at Baltimore, Maryland,

ORDERED that the defendant's motion for enlargement of time to answer, move, or otherwise plead be and is GRANTED;

ORDERED that the defendant shall have an additional thirty (30) days, until February 6, 2003, in which to serve an answer, motion, or to otherwise plead to the complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE