IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| PEDRO PONCEANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. MJG-02-2727 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c)(3) and in accordance with the pleading, filed February 13, 2003, entitled "Joint Notice Regarding Early Settlement/ADR Conference and Referral of Case to U.S. Magistrate Judge," (copy attached as Exhibit A), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____   04/14/2003
PEDRO PONCEANO                     Date
Plaintiff *Pro Se*

_____   4/7/03
JENNIFER L. VOZNE                  Date
Attorney for the Defendant(s)

## ORDER OF REFERENCE

IT IS HEREBY ORDERED this _____ day of _____, 2003, that the above-captioned matter be referred to United States Magistrate Judge _____, for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.

_____
United States District Judge