IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

NORTHERN DIVISION

| | |
|---|---|
| PEDRO PONCEANO | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. MJG-02-2727 |
| | ) |
| INTERNAL REVENUE SERVICE | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE REGARDING EARLY SETTLEMENT/ADR CONFERENCE AND REFERRAL OF CASE TO U.S. MAGISTRATE JUDGE

This notice is being filed pursuant to the Scheduling Order dated February 5, 2003. Counsel for the Internal Revenue Service and the plaintiff agree to referral of this case to a United States Magistrate Judge. Plaintiff requests an early settlement/ADR conference in this matter. The Internal Revenue Service does not request an early settlement/ADR conference as it does not feel that it would be appropriate or helpful in this case. Therefore, there is not a joint request for an early settlement/ADR conference.

DATED: February ___11___, 2003.

Respectfully submitted,

_Pedro Ponceano /JLV_
Pedro Ponceano
1740 Eastern Avenue
Baltimore, Maryland 21231
(410) 675-5335
Plaintiff *Pro Se*

_Jennifer L. Vozne_
Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-6555
Counsel for Defendant

Exhibit A

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing JOINT NOTICE REGARDING EARLY SETTLEMENT/ADR CONFERENCE AND REFERRAL OF CASE TO U.S. MAGISTRATE JUDGE has been made this 12th day of February, 2003, by mailing copies thereof, postage prepaid, addressed to:

> Pedro Ponceano
> 1740 Eastern Avenue
> Baltimore, Maryland 21231

*Jennifer L. Vozne*
JENNIFER L. VOZNE