IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| PEDRO PONCEANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 02-2727 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OPPOSITION TO MOTION TO REOPEN CASE**

By letter dated July 18, 2003, we transmitted a check in the amount of $2,000 to the plaintiff in satisfaction of the settlement agreement reached by the parties. Therefore, the United States respectfully requests that the plaintiff's motion to reopen this case be denied.

DATED: July 22, 2003.

Respectfully submitted,

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6555
Facsimile:  (202) 514-6866

OF COUNSEL:
THOMAS M. DIBIAGIO
United States Attorney
District of Maryland