IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| PEDRO PONCEANO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 02-2727 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE

Having considered Plaintiff's Motion to Reopen the Civil Action MJG-02-2727 and the defendant's response, it is

ORDERED that the plaintiff's motion to reopen is DENIED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this Order to the parties listed below.

DONE this _____ day of _____, 2003, at Baltimore, Maryland.

_____
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Pedro Ponceano
*Plaintiff Pro Se*
1740 Eastern Avenue
Baltimore, MD 21231

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044