## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing DEFENDANT'S OPPOSITION TO MOTION TO REOPEN CASE and proposed ORDER has been made this 22nd day of July, 2003, by mailing copies thereof, postage prepaid, addressed to:

>Pedro Ponceano
>1740 Eastern Avenue
>Baltimore, Maryland 21231

>/s/ Jennifer L. Vozne
>_____
>JENNIFER L. VOZNE